Before U.S. Magistrate Judge Michael J. Newman

**DETENTION HEARING**

**DATE: 1/11/2013**

**CASE CAPTION: USA v. Quentin Robinson**

**CASE NUMBER:
3:12-MJ-299**

**Counsel for Plaintiff: Quentin Robinson**

**Counsel for Defendant:**

[ x ] Defendant appeared with counsel Tom Anderson. The Defendant completed a Financial Affidavit which was signed and approved by Magistrate Judge Newman.

**HEARING HELD:**

[ x ] Court finds that no set of conditions or combination of conditions will reasonably assure the appearance of the defendant and/or provide for the safety of the community and he is hereby ordered detained pending trial without bond. Defendant is remanded to the custody of the U. S. Marshal.

[ x ] Government's motion to detain is **GRANTED**/DENIED.

[ ] Bond of _____ set.

[ ] Order setting conditions of release entered.

[ ] Other: Oral Motion to Unseal the Affidavit for the Criminal Complaint and Arrest Warrant was Orally Granted.

COURTFLOW#: MJN130111-152255

CONVENED: 4:55

DEPUTY CLERK: Kelly French for Connie Berry

RECESSED: 5:00