IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:12mj299 |
| | : | |
| v. | : | |
| | : | ORDER UNSEALING CRIMINAL |
| QUENTIN ROBINSON | : | COMPLAINT, AFFIDAVIT, AND |
| | : | ARREST WARRANT |

---------------------

IT IS HEREBY ORDERED that the Criminal Complaint, Affidavit, and Arrest Warrant in the above captioned case filed herein and ordered sealed by the order of this court on September 18, 2012, be unsealed by the Clerk of Courts.

*Michael Newman*
MICHAEL J. NEWMAN
U.S. Magistrate Judge